## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 1:16-CR-155 |
|---|---|---|
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| QUINTON NOEL GORDON, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 25th day of October, 2016, upon consideration of the motion

(Doc. 21) to suppress evidence filed by defendant Quinton Noel Gordon, and the

parties' respective briefs in support of and opposition to said motion, (Docs. 22, 26),

and in accordance with the court's memorandum of the same date, it is hereby

ORDERED that the motion (Doc. 21) to suppress evidence is DENIED.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania