# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-155** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **QUINTON NOEL GORDON,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 6th day of February, 2020, upon consideration of the motion (Doc. 89) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by defendant Quinton Noel Gordon, as amended by post-conviction counsel, (see Docs. 106, 109), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Gordon's motion (Doc. 89)—as amended—to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED, see 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to CLOSE the corresponding civil case, number 1:18:-CV-2351.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania